IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORA ROBINSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-5267 |
| TRAVELERS INDEMNITY COMPANY | : | |
| OF AMERICA | : | |

## ORDER

AND NOW, this         day of February, 2012:

1. "Defendant The Travelers Indemnity Company's Motion for Summary Judgment" (docket no. 11) is denied.

2. "Plaintiff's Motion for Summary Judgment" (docket no. 12) is granted and judgment is entered in favor of plaintiff Nora Robinson. The Commercial Automobile Insurance Policy Number BA-3126C682-08-CA issued by Travelers to Tri County Transit Services, Inc. shall provide underinsured motorist coverage equal to the bodily injury liability limits reflected in the policy.

A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.